# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| RAYMOND S. GIBLER ) | Case No. 18-10543-KHT |
| Tax ID / EIN: xxx-xx-2659 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: January 26, 2018            Respectfully submitted,

Patrick S. Layng
UNITED STATES TRUSTEE

/s/ Paul V. Moss
By: Paul V. Moss #26903
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO  80294
(303) 312-7995
(303) 312-7259 fax
 Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: January 26, 2018

Raymond S. Gibler
7065 Zephry Circle
Arvada, CO 80003

Jeffrey S. Brinen
1660 Lincoln Street, Suite 1850
Denver, CO 80264


                                                  /s/ Lauren Collins-Barron
                                                  Office of the United States Trustee