# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-10543 TMB |
| RAYMOND S. GIBLER ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of **SHAW CONSTRUCTION HOLDINGS LLC**, an interested party in the above-captioned bankruptcy case, and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013-1.1 of the Local Rules of Bankruptcy Procedure, be served upon the following:

    Aaron J. Conrardy, Esq.
    Wadsworth Warner Conrardy, P.C.
    1660 Lincoln Street, Suite 2200
    Denver, CO  80264

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED this 13th day of February, 2018.

                              Respectfully submitted,

                              WADSWORTH WARNER CONRARDY, P.C.

                              */s/ Aaron J. Conrardy*
                              Aaron J. Conrardy, #40030
                              1660 Lincoln Street, Suite 2200
                              Denver, CO 80264
                              Phone: (303) 296-1999/Fax: (303) 296-7600
                              E-mail: aconrardy@wwc-legal.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on the 13th day of February, 2018, I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** via United States mail, postage prepaid thereon, or electronically through CM/ECF where indicated, to those persons listed below:

Raymond S. Gibler
7065 Zephry Circle
Arvada, CO 80003

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Robert Lantz
rlantz@cp2law.com

David M. Miller
dmiller@spencerfane.com

Jeffrey S. Brinen
jsb@kutnerlaw.com

Paul Moss
Paul.Moss@usdoj.gov

Robert Padjen
robert.padjen@coag.gov

Michael J. Belo Esq
mbelo@spencerfane.com

*/s/ Sarai Galvan*
For Wadsworth Warner Conrardy, P.C.