UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 18-10543-TBM |
| RAYMOND S. GIBLER ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of **AMERICAN CONTRACTORS INDEMNITY COMPANY** and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to the Local Bankruptcy Rule 9013-1, be served upon the following:

L. Jay Labe
Allen & Curry, P.C.
1125 Seventeenth Street, Suite 1275
Denver, CO  80202
(303) 955-6185
jlabe@allen-curry.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this 28th day of March, 2018.

ALLEN & CURRY, P.C.

s/ L. Jay Labe
L. Jay Labe
1125 Seventeenth Street, Suite 1275
Denver, CO  80202
303-955-6185
jlabe@allen-curry.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

| | |
|---|---|
| Michael J. Belo<br>mbelo@spencerfane.com | Aaron J. Conrardy<br>aconrardy@wwc-legal.com |
| Robert Lantz<br>rlantz@cp2law.com | David M. Miller<br>dmiller@spencerfane.com |
| Christopher A. Young<br>cyoung@cylgpc.com | Jeffrey S. Brinen, Esq.<br>jsb@kutnerlaw.com |
| Matthew T. Faga<br>mfaga@markuswillams.com | James T. Markus<br>jmarkus@markuswilliams.com |
| Robert Padjen<br>rpadjen@rwolaw.com | Kenneth J. Buechler, Esq.<br>ken@BandGlowoffice.com |
| Paul Moss<br>U.S. Trustee<br>Paul.moss@usdoj.gov | |

s/ L. Jay Labe